HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS, JR.,

      Plainitff,

    v.

SEATTLE POLICE DEPARTMENT
CRUISERS,

      Defendants.

CASE NO. 2:26-cv-00264-RAJ

ORDER

The Court, having reviewed the Report and Recommendation of Magistrate Judge Theresa L. Fricke (Dkt. # 2), Plaintiff's objections to the Report and Recommendation (Dkt. # 3), and the remaining record, does hereby find and ORDER:

(1)    The Court **ADOPTS** the Report and Recommendation.  Dkt. # 2.

(2)    Plaintiff's proposed complaint (Dkt. # 1) is **DISMISSED**, and Plaintiff's request for *in forma pauperis* ("IFP") status (Dkt. # 1) is **DENIED**, and this case is closed.

//

//

ORDER – 1

(3)     The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Theresa L. Fricke.

Dated this 14th day of July, 2026.

The Honorable Richard A. Jones
United States District Judge

ORDER – 2